IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ENGS COMMERCIAL FINANCE COMPANY                                     PLAINTIFF

v.                              CASE NO. 16-cv-4062

MAGNOLIA EQUIPMENT ENTERPRISES, LLC,
*et al.*                                                            DEFENDANTS

# ORDER

    Before the Court is a Motion to Dismiss Defendant William Atworth With Prejudice. ECF No. 17. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B), Plaintiff moves the Court to dismiss with prejudice all claims against Separate Defendant William Atworth. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's claims against Separate Defendant William Atworth are **DISMISSED WITH PREJUDICE**.

    IT IS SO ORDERED, this 8th day of September, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge