IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ENGS COMMERCIAL FINANCE
COMPANY, INC.　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　Case No. 4:16-cv-4062

MAGNOLIA EQUIPMENT
ENTERPRISES LLC; FTL LOGISTICS,
LLC; FTL TRANSPORT SERVICES, INC.;
FIKES TRUCK LINE, LLC;
FTL CUSTOM COMMODITIES, LLC　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

On September 20, 2016, the Clerk of Court entered a default against Defendants pursuant to Fed. R. Civ P. 55(a). Presently before the Court is a Motion for Default Judgment filed by Plaintiff against Defendants pursuant to Fed. R. Civ. P. 55(b). ECF No. 27. Defendants have not responded to the present motion, and the time for doing so has passed. Upon consideration of Plaintiff's Motion for Default Judgment Defendants, the Court finds that the motion (ECF No. 27) should be and hereby is **GRANTED**.

Accordingly, Plaintiff shall recover from Separate Defendant Magnolia Equipment Enterprises LLC the sum certain of $88,701.29, and reasonable attorneys' fees and costs in the amount of $4,914.09 for a total judgment in the amount of $93,615.38. Plaintiff shall recover from all Defendants the sum certain of $196,621.22, and reasonable attorneys' fees and costs in the amount of $10,892.90 for a total judgment in the amount of $207,514.12.

**IT IS SO ORDERED**, this 3rd day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge