IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ENGS COMMERCIAL FINANCE
COMPANY, INC.                                                                                           PLAINTIFF

v.                                             Case No. 4:16-cv-4062

MAGNOLIA EQUIPMENT
ENTERPRISES LLC; FTL LOGISTICS,
LLC; FTL TRANSPORT SERVICES, INC.;
FIKES TRUCK LINE, LLC;
FTL CUSTOM COMMODITIES, LLC                                                    DEFENDANTS

# ORDER

Before the Court is a Motion for Withdrawal of Counsel filed by Plaintiff's attorney, Fareed Kaisani. ECF No. 29. Mr. Kaisani seeks to be relieved as counsel of record for Plaintiff. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Fareed Kaisani is relieved as counsel of record for Plaintiff. Mr. Kaisani is directed to contact the Clerk of Court should he wish to be removed from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 27th day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge